**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| PROFESSIONAL TOOL PRODUCTS, LLC, )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SNAP-ON INCORPORATED and )<br>SNAP-ON TECHNOLOGIES, INC.,  )<br>  )<br>Defendants.  )<br>  )<br>  ) | **NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE**<br><br>Civil Action No. 6:05-cv-1080 RBH |

Plaintiff Professional Tool Products, LLC, pursuant to Rule 41(a)(1)(i), F.R.C.P., notifies the Court that this action is hereby dismissed without prejudice.

Respectfully submitted this 5th day of January, 2006.

/s Gregory J. English
Gregory J. English (#5737)
Wyche Burgess Freeman & Parham, P.A.
44 East Camperdown Way, 29601
Post Office Box 728
Greenville, S.C. 29602-0728
Phone: (864) 242-8200
Fax: (864) 235-8900

Of Counsel:

Bruce J. Rose (N.C. Bar No. _____)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000 (telephone)
(704) 444-1111 (facsimile)
ATTORNEYS FOR PLAINTIFF